**Attachment to Bill of Costs**

|      | Description | Date Incurred | Amount |
|------|-------------|---------------|--------|
| I.   | **Fees for Filing** | | |
|      | A. | | |
|      | SUBTOTAL | | $0.00 |
| II.  | **Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case.** | | |
|      | A.  12/9/2011 Teleconference | | 112.00 |
|      | SUBTOTAL | | $112.00 |
| III. | **Fees and Disbursement for printing** | | |
|      | A. Photocopy charges | | 0.75 |
|      | B. Reproduction of Exhibit from Copyright Office | | 252.00 |
|      | SUBTOTAL | | $252.75 |
| IV.  | **Exemplification and Copies** | | |
|      | A. | | |
|      | SUBTOTAL | | $0.00 |
| V.   | **Other Costs** | | |
|      | A. Messenger Service | | 50.00 |
|      | B. Express Shipping | | 92.40 |
|      | C. Postage | | 11.29 |
|      | D. Pacer Legal Research | | 40.31 |
|      | E. Long Distance Charges | | 1.01 |
|      | SUBTOTAL | | $195.01 |
|      | **TOTAL** | | **$559.76** |

| From: | Kristi Leyden <Kristi.Leyden@koleyjessen.com> |
| Sent: | Friday, March 23, 2012 8:21 AM |
| To: | Stephen Joncus |
| Cc: | Mikäel P. Crowther; Roberta L. Christensen |
| Subject: | RE: Erickson v. Blake: We Win! On Pi Day! |

## Summary By Costs

| Cost Code | Description | Amounts |
|---|---|---|
| MS-SMG | Messenger Service | 50.00 |
| PO-SPO | Postage | 2.56 |
| CR-SPACER | Pacer Legal Research | 5.04 |
| LD-SLD | Long Distance Charges | 1.01 |
| PC-SPC | Photocopy Charges | 0.75 |
| | **Total Costs** | **$59.36** |

**Kristi Leyden | Senior Accountant**
Koley Jessen P.C., L.L.O. | 1125 S. 103rd St., Suite 800 | Omaha, NE 68124
402.343.3797 Direct | 402.390.9005 Fax
kristi.leyden@koleyjessen.com | www.koleyjessen.com

# KOLEY■JESSEN
### ATTORNEYS

CONFIDENTIALITY: This message (including any attachment) is confidential. It may also be privileged or otherwise protected by work-product immunity or other legal rules. If you have received it by mistake, please delete it from your system; you may not copy or disclose its contents to anyone.

IRS CIRCULAR 230 NOTICE: To the extent that this message or any attachment concerns tax matters, it is not intended to be used and cannot be used by a taxpayer for the purpose of avoiding penalties that may be imposed by law.



**Receipt**
Copyright Office
Library of Congress
101 Independence Avenue SE
Washington, DC 20559-6000

No. 1-9YB09D

Date: 4/27/2011 2:43:05 PM

## Received

| Field | Value | | |
|---|---|---|---|
| Form(s): | | | ☐ Search Report |
| Deposit Count: | | | ☐ Search |
| Piece Count: | | | ☒ Retrieval |
| Type of Deposit: | | | ☐ Correspondence |
| Other Enclosures: | | | ☐ Inspection |
| Title: | PI Symphony | | ☒ Photocopies |
| # of Additional Titles: | | | ☐ Additional Certificate |
| Priority: | | | ☐ Certification |
| # Of Documents: | | | ☐ Secure Test Exam |
| | | | Other: |

Received From: **Stephen J. Joncus**         Phone: **(503) 595-5300**
One World Trade Center
121 S. W. Salmon Street, Suite 1600
Portland, OR 97204
United States

Representing: **Klarquist Sparkman, LLP**         Phone:

Corresponding Id:

| Fees | | Method of Payment | | Amount | |
|---|---|---|---|---|---|
| No Fee: | ☐ | Check: | | | |
| Fee to be Determined: | ☐ | Money Order: | | | |
| Base Fee: | $177.00 | Deposit Account: | | | |
| Special Handling Fee: | $ | Deposit Account Name: | | | |
| Secure Test Exam Fee: | $ | | | | |
| Total Due: | $177.00 | | | | |
| | | Credit Card | Auth #: 140878 | $177.00 | American Express |
| | | Credit Card | Auth #: 147082 | $75.00 | American Express |
| | | | Total Payment: | $252.00 | |

### Service Requests

| SR# | Title | Type | Sub Type | Fee Due |
|---|---|---|---|---|
| 1-601847723 | | AR | COPY | $252.00 |

### Notes
PAU 1-676-696

Please note that catalog entry did not show if this is a recording or not. I only charged $12 for copies thus far, if there is a cassette or cd, please charge the client the difference. DESC

*ADDED AN ADDITIONAL $75 FOR COPYING CASSETTER PER CHANDA MALIK VIA CC ON 5/11/11

Received By: **DESC**

Receipt of material is merely a preliminary step in the registration and/or recordation process. It does not imply that any final determination has been made in the case, or that the material is acceptable for registration.

Attachment
Page 3



FL 4c

Date: May 13, 2011

**LIBRARY OF CONGRESS**

Klarquist Sparkman, LLP Attn:
Stephen J. Joncus
One World Trade Center
121 S.W. Salmon Street; Suite 1600
Portland, OR 97204

Type of remittance received:

    check or money order

    deposit account--
    description number:

X   credit card

**COPYRIGHT OFFICE**

101 Independence Avenue, S.E.

Washington, D.C. 20559-6000

The Certifications and Documents Section has provided the following services and applied fees as shown below.

| | |
|---|---:|
| Retrieval of records from storage | $165.00 |
| Photocopying of deposit, assignment, or correspondence | $12.00 |
| Audiocassette dubbing | $75.00 |
| **Total fees charged** | $252.00 |
| **Total remittance received** | $252.00 |

Sincerely yours,

Chanda Malik
RRC Technician

..............................................

Enclosures: 1
Copy of Deposit PAu 1-676-696 (cassette and sheet music)

Attachment
Page 4

ERICKSON V. BLAKE
8714-87099-01
Time and Cost Details

**COSTS:**

| Date | Initials | Name / Voucher number | Rate | Amount | Description |
|---|---|---|---|---|---|
| 4/19/2011 | SJJ | Stephen J. Joncus | 1.05 | 1.05 | Postage |
| 4/27/2011 | SJJ | Stephen J. Joncus<br>Voucher=176362 Paid | 22.83 | 22.83 | Express Shipping<br>Vendor=Federal Express Corporation  Balance= .00<br>Amount=505.56  Check #146231  05/26/2011 |
| 5/2/2011 | SJJ | Stephen J. Joncus | 75.00 | 75.00 | Miscellaneous Other : Copyright Office Copy of Cassette : |
| 5/9/2011 | SJJ | Stephen J. Joncus | 177.00 | 177.00 | Other : Form LS Fee : |
| 5/18/2011 | SJJ | Stephen J. Joncus<br>Voucher=176422 Paid | 23.19 | 23.19 | Express Shipping<br>Vendor=Federal Express Corporation  Balance= .00<br>Amount=461.2 Check #146313  06/09/2011 |
| 5/31/2011 | SJJ | Stephen J. Joncus<br>Voucher=176518 Paid | 23.19 | 23.19 | Express Shipping<br>Vendor=Federal Express Corporation<br>Balance= .00  Amount=653.02<br>Check #146313  06/09/2011 |
| 6/1/2011 | SJJ | Stephen J. Joncus<br>Voucher=176765 Paid | 23.19 | 23.19 | Express Shipping<br>Vendor=Federal Express Corporation<br>Balance= .00  Amount=649.87<br>Check #146395  06/22/2011 |
| 7/6/2011 | SJJ | Stephen J. Joncus<br>Voucher=177438 Paid | 1.04 | 1.04 | PACER search fees.<br>Vendor=PACER  Service Center<br>Balance= .00  Amount= 2535.52<br>Check #146679  08/10/2011 |
| 10/4/2011 | SJJ | Stephen J. Joncus<br>Voucher=178450 Paid | 0.32 | 0.32 | PACER search fees.<br>Vendor=PACER  Service Center<br>Balance= .00  Amount= 2667.84<br>Check #147106  10/28/2011 |
| 10/14/2011 | SJJ | Stephen J. Joncus | 2.56 | 2.56 | Postage |
| 12/14/2011 | SJJ | Stephen J. Joncus<br>Voucher=179306 Paid | 112.00 | 112.00 | Court reporter charges from Dennis Apodaca for transcription of telephone conference held 12/9/2011.<br>Vendor=Dennis Apodaca<br>Balance= .00  Amount= 112.00<br>Check #147355  12/14/2011 |

Attachment
Page 5    4 of 5

ERICKSON V. BLAKE
8714-87099-01
Time and Cost Details

| Date | Initials | Name<br>Voucher number | Rate | Amount | Description |
|---|---|---|---|---|---|
| 12/19/2011 | SJJ | Stephen J. Joncus | 3.24 | 3.24 | Postage |
| 12/30/2011 | SJJ | Stephen J. Joncus | 2.96 | 2.96 | PACER search fees. |
| 1/15/2012 | SJJ | Stephen J. Joncus | 1.88 | 1.88 | Postage |
| 3/31/2012 | SJJ | Stephen J. Joncus | 30.15 | 30.15 | Computer Search |
| 3/31/2012 | SJJ | Stephen J. Joncus<br>Voucher=181111 Paid | 0.80 | 0.80 | PACER search fees.<br>Vendor=PACER Service Center<br>Balance= .00  Amount= 2855.28<br>Check #147948  04/17/2012 |

**UNBILLED TOTALS:**
    **COSTS:**    500.40